### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Larry J. Woods<br>          Bernetta K. Woods fka Bernetta K Stokes<br>                    Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>                    Movant<br>          vs. | NO. 18-12939 JKF |
| Larry J. Woods<br>Bernetta K. Woods fka Bernetta K Stokes<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman, Esq.<br>                    Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to proceed with its state court rights with regard to the 2016 Toyota Camry, with VIN: 4T4BF1FKXGR534410.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  6th     day of  March   , 2019.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Larry J. Woods
927 West Chestnut Street
Coatesville, PA 19320

Bernetta K. Woods fka Bernetta K Stokes
927 West Chestnut Street
Coatesville, PA 19320

Joseph L. Quinn, 152 East High Street, Suite 100
Pottstown, PA 19464

Scott F. Waterman, Esq.
Iannello, Waterman & Muir, LLP
110 West Front Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532