United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12939-jkf
Larry J Woods                                                         Chapter 13
Bernetta K Woods
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1             Date Rcvd: Mar 07, 2019
                              Form ID: pdf900           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
db/jdb         +Larry J Woods,    Bernetta K Woods,    927 West Chestnut Street,    Coatesville, PA 19320-1899
cr             +Wilmington Savings Fund Society, FSB, et al,    c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 08 2019 02:49:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2019 02:48:36      
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 08 2019 02:49:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2019 02:53:37      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH L QUINN   on behalf of Debtor Larry J Woods CourtNotices@sjr-law.com
              JOSEPH L QUINN   on behalf of Joint Debtor Bernetta K Woods CourtNotices@sjr-law.com
              REBECCA ANN SOLARZ   on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry J. Woods<br>  Bernetta K. Woods fka Bernetta K Stokes<br>            Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>            Movant<br>      vs. | NO. 18-12939 JKF |
| Larry J. Woods<br>Bernetta K. Woods fka Bernetta K Stokes<br>            Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman, Esc.<br>            Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to proceed with its state court rights with regard to the 2016 Toyota Camry, with VIN: 4T4BF1FKXGR534410. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 6th day of March, 2019.

_United States Bankruptcy Judge._
Jean K. FitzSimon

cc: See attached service list

Larry J. Woods
927 West Chestnut Street
Coatesville, PA 19320

Bernetta K. Woods fka Bernetta K Stokes
927 West Chestnut Street
Coatesville, PA 19320

Joseph L. Quinn, 152 East High Street, Suite 100
Pottstown, PA 19464

Scott F. Waterman, Esq.
Iannello, Waterman & Muir, LLP
110 West Front Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532