United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12939-jkf
Larry J Woods                                                           Chapter 13
Bernetta K Woods
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey          Page 1 of 1          Date Rcvd: Sep 27, 2019
                        Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.
14162915        Wilmington Savings Fund Society, FSB, et al,   c/o Kondaur Capital Corporation,    333 South Anita Drive, Suite 400,   Orange, CA 92868-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2019 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management Services debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSEPH L QUINN    on behalf of Joint Debtor Bernetta K Woods CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Debtor Larry J Woods CourtNotices@rqplaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                                 TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-12939-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Larry J Woods
927 West Chestnut Street
Coatesville PA 19320

Bernetta K Woods
927 West Chestnut Street
Coatesville PA 19320

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/26/2019.

Name and Address of Alleged Transferor(s):

Claim No. 13: Wilmington Savings Fund Society, FSB, et al, c/o Kondaur Capital Corporation, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314

Name and Address of Transferee:

MTGLQ Investors, LP
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/29/19

Tim McGrath
**CLERK OF THE COURT**