United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Larry J Woods  
Bernetta K Woods  
        Debtors

Case No. 18-12939-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey        Page 1 of 1        Date Rcvd: Apr 14, 2020  
                      Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.  
14395622      +MTGLQ Investors, LP,   c/o Rushmore Loan Management Services,   P.O. Box 55004,  
             Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2020 at the address(es) listed below:  
        DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOSEPH L QUINN   on behalf of Debtor Larry J Woods CourtNotices@rqplaw.com  
        JOSEPH L QUINN   on behalf of Joint Debtor Bernetta K Woods CourtNotices@rqplaw.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        STEPHEN M HLADIK   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services, LLC shladik@hoflawgroup.com, pfranz@hoflawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                       TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-12939-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Larry J Woods<br>927 West Chestnut Street<br>Coatesville PA 19320 | Bernetta K Woods<br>927 West Chestnut Street<br>Coatesville PA 19320 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/13/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619 | Wilmington Savings Fund Society, FSB, et al.<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, Ca 92619 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/16/20

Tim McGrath
**CLERK OF THE COURT**