| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-12939-AMC**

LARRY J WOODS  
BERNETTA K WOODS  
927 WEST CHESTNUT STREET  
COATESVILLE  PA   19320

Petition Filed Date: 04/30/2018  
341 Hearing Date: 06/15/2018  
Confirmation Date: 09/26/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $1,150.00 | | 01/31/2019 | $1,150.00 | | 03/04/2019 | $1,150.00 | |
| 04/01/2019 | $1,150.00 | | 05/01/2019 | $1,150.00 | | 05/29/2019 | $1,150.00 | |
| 07/08/2019 | $1,150.00 | | 07/31/2019 | $1,150.00 | | 09/03/2019 | $1,150.00 | |
| 10/01/2019 | $1,150.00 | 6210101000 | 10/30/2019 | $1,150.00 | 6288643000 | 12/02/2019 | $1,150.00 | 6371150000 |
| 12/30/2019 | $1,150.00 | 6438474000 | 01/31/2020 | $1,150.00 | 6521509000 | 03/02/2020 | $1,150.00 | 6602151000 |
| 03/30/2020 | $1,150.00 | 6672595000 | 05/04/2020 | $1,150.00 | 6757466000 | 06/01/2020 | $1,150.00 | 6826219000 |
| 06/29/2020 | $1,150.00 | 6888864000 | 07/31/2020 | $1,150.00 | 6976532000 | | | |

**Total Receipts for the Period: $23,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | BECKET & LEE, LLP<br>»» 003 | Unsecured Creditors | $891.32 | $0.00 | $891.32 |
| 2 | CAVALRY INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $2,530.38 | $0.00 | $2,530.38 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $2,908.97 | $0.00 | $2,908.97 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $2,560.70 | $0.00 | $2,560.70 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $3,963.11 | $0.00 | $3,963.11 |
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $808.20 | $0.00 | $808.20 |
| 16 | NAVIENT SOLUTIONS INC<br>»» 016 | Unsecured Creditors | $47,890.10 | $0.00 | $47,890.10 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $999.50 | $0.00 | $999.50 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $5,696.02 | $0.00 | $5,696.02 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Secured Creditors | $1,390.59 | $538.01 | $852.58 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Secured Creditors | $1,356.65 | $524.87 | $831.78 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $2,808.20 | $0.00 | $2,808.20 |
| 13 | SELENE FINANCE<br>»» 013 | Mortgage Arrears | $39,763.84 | $15,384.82 | $24,379.02 |

**Chapter 13 Case No. 18-12939-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 5 | TD BANK USA NA<br>»» 005 | Unsecured Creditors | $1,326.11 | $0.00 | $1,326.11 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | WELLS FARGO DEALER SERVICES<br>»» 011 | Secured Creditors | $15,700.27 | $6,074.55 | $9,625.72 |
| 17 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»» 017 | Attorney Fees | $3,574.00 | $3,574.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,850.00 | Current Monthly Payment: | $1,150.00 |
| Paid to Claims: | $26,096.25 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,683.75 | Total Plan Base: | $68,800.00 |
| Funds on Hand: | $2,070.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.