| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-12939-AMC**

LARRY J  WOODS
BERNETTA  K  WOODS
927 WEST CHESTNUT STREET
COATESVILLE  PA    19320

Petition Filed Date: 04/30/2018
341 Hearing Date: 06/15/2018
Confirmation Date: 09/26/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $1,150.00 | 7564667000 | 05/03/2021 | $1,150.00 | 7635321000 | 06/01/2021 | $1,150.00 | 7708051000 |
| 07/02/2021 | $1,150.00 | 7782186000 | 08/02/2021 | $1,150.00 | 7849695000 | 08/26/2021 | $1,150.00 | 7903663000 |
| 10/01/2021 | $1,150.00 | 7983428000 | 11/01/2021 | $1,150.00 | 8051417000 | 12/01/2021 | $1,150.00 | 8117591000 |
| 01/03/2022 | $1,150.00 | 8180436000 | 01/31/2022 | $1,150.00 | 8244022000 | 02/28/2022 | $1,150.00 | 8303313000 |
| 03/25/2022 | $1,150.00 | 8360723000 | 04/28/2022 | $1,150.00 | 8429840000 | 05/31/2022 | $1,150.00 | 8493397000 |
| 07/01/2022 | $1,150.00 | 8562669000 | 08/01/2022 | $1,150.00 | 8620543000 | | | |

**Total Receipts for the Period: $19,550.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $58,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | BECKET & LEE, LLP<br>»» 003 | Unsecured Creditors | $891.32 | $0.00 | $891.32 |
| 2 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $2,530.38 | $0.00 | $2,530.38 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $2,908.97 | $0.00 | $2,908.97 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $2,560.70 | $0.00 | $2,560.70 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $3,963.11 | $0.00 | $3,963.11 |
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $808.20 | $0.00 | $808.20 |
| 16 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 016 | Unsecured Creditors | $47,890.10 | $0.00 | $47,890.10 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $999.50 | $0.00 | $999.50 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $5,696.02 | $0.00 | $5,696.02 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Secured Creditors | $1,390.59 | $1,141.30 | $249.29 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Secured Creditors | $1,356.65 | $1,113.47 | $243.18 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $2,808.20 | $0.00 | $2,808.20 |
| 13 | SELENE FINANCE LP<br>»» 013 | Mortgage Arrears | $39,763.84 | $32,635.72 | $7,128.12 |
| 5 | TD BANK USA NA<br>»» 005 | Unsecured Creditors | $1,326.11 | $0.00 | $1,326.11 |

**Chapter 13 Case No. 18-12939-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | WELLS FARGO DEALER SERVICES<br>»» 011 | Secured Creditors | $15,700.27 | $12,885.83 | $2,814.44 |
| 17 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»» 017 | Attorney Fees | $3,574.00 | $3,574.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $58,450.00 | Current Monthly Payment: | $1,150.00 |
| Paid to Claims: | $51,350.32 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,983.68 | Total Plan Base: | $68,800.00 |
| Funds on Hand: | $2,116.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.