United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Larry J Woods  
Bernetta K Woods  
    Debtors

Case No. 18-12939-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 20, 2023 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry J Woods, Bernetta K Woods, 927 West Chestnut Street, Coatesville, PA 19320-1899 |
| 14100187 | + | Kondaur Capitol Corporation, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |
| 14203196 | #+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 14100197 | + | Toyota Motor Credit Corporation, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14100199 | + | Weltman, Weinberg & Reis, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |
| 14162915 | | Wilmington Savings Fund Society, FSB, et al, c/o Kondaur Capital Corporation, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 21 2023 05:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2023 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14100183 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2023 05:46:19 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14123777 | | Email/PDF: bncnotices@becket-lee.com | Jun 21 2023 05:57:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14121279 | + | Email/Text: bankruptcy@cavps.com | Jun 21 2023 05:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14100184 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 21 2023 05:57:33 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14100185 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2023 05:57:31 | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14100186 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 21 2023 05:43:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14395622 | + | Email/Text: flyersprod.inbound@axisai.com | Jun 21 2023 05:43:00 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14130820 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2023 05:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

Case 18-12939-amc    Doc 68    Filed 06/22/23    Entered 06/23/23 00:41:01    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 138OBJ | Total Noticed: 36 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14170592 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Jun 21 2023 05:46:39 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14159834 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2023 05:57:32 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14100903 | + | Email/PDF: rmscedi@recoverycorp.com Jun 21 2023 05:46:59 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14100188 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2023 05:46:31 | | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14124911 | | Email/Text: bnc-quantum@quantum3group.com Jun 21 2023 05:43:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14100189 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 21 2023 05:57:31 | | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14513992 | + | Email/Text: bkteam@selenefinance.com Jun 21 2023 05:43:00 | | Selene Finance LP, Attn; BK Dept., 3501 Olympus Blvd. Ste. 500, Dallas, TX 75019-6295 |
| 14100190 | + | Email/PDF: gecsedi@recoverycorp.com Jun 21 2023 05:47:00 | | Syncb/bp, Po Box 965024, Orlando, FL 32896-5024 |
| 14100191 | + | Email/PDF: gecsedi@recoverycorp.com Jun 21 2023 05:46:58 | | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14100192 | + | Email/PDF: gecsedi@recoverycorp.com Jun 21 2023 05:46:24 | | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14127870 | + | Email/Text: bncmail@w-legal.com Jun 21 2023 05:43:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14100193 | + | Email/Text: bncmail@w-legal.com Jun 21 2023 05:43:00 | | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14100194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 21 2023 05:57:23 | | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14100195 | + | Email/Text: bnc-thebureaus@quantum3group.com Jun 21 2023 05:43:00 | | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14111877 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com Jun 21 2023 05:43:00 | | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14100196 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com Jun 21 2023 05:43:00 | | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 14344995 | | Email/PDF: bncnotices@becket-lee.com Jun 21 2023 05:57:23 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14161123 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jun 21 2023 05:57:27 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14100198 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jun 21 2023 05:46:54 | | Wells Fargo Bank, N.A., Po Box 1697, Winterville, NC 28590-1697 |
| 14688387 | + | Email/Text: RASEBN@raslg.com Jun 21 2023 05:43:00 | | Wilmington Savings Fund Society FSB, d/b/a Christiana Trust for Pretium Mortg, c/o Charles Wohlrab, Esq., 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| 14493398 | + | Email/Text: flyersprod.inbound@axisai.com Jun 21 2023 05:43:00 | | Wilmington Savings Fund Society, FSB, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, Ca 92619-5004 |

TOTAL: 31

# BYPASSED RECIPIENTS

Case 18-12939-amc    Doc 68    Filed 06/22/23    Entered 06/23/23 00:41:01    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 138OBJ | Total Noticed: 36 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14100195 | ##+ | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Selene Finance, LP abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@friedmanvartolo.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor MTGLQ Investors LP c/o Rushmore Loan Management Services cwohlrab@friedmanvartolo.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Selene Finance, LP cwohlrab@friedmanvartolo.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor MTGLQ Investors LP c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Bernetta K Woods CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Larry J Woods CourtNotices@rqplaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN M HLADIK | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services, LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| STEPHEN M HLADIK | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Selene Finance, LP shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Larry J Woods and Bernetta K Woods
       Debtor(s)                        Case No: 18−12939−amc
                                                                  Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                             900 Market Street
                               Suite 400
                         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/20/23

                                                                                                        67 − 66
                                                                                                    Form 138OBJ